**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Tyrell DANIELS, Defendant–Appellant.**

**No. 14–10486.**

United States Court of Appeals,
Fifth Circuit.

Jan. 7, 2015.

Tyrell Daniels, Marianna, FL, pro se.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas,

TX, Steven Mcdonald Sucsy, Assistant U.S. Attorney, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Jerry Van Beard, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Dallas, TX, David E. Sloan, Assistant Federal Public Defender, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before REAVLEY, DENNIS, and SOUTHWICK, Circuit Judges.

### PER CURIAM: *

The Federal Public Defender appointed to represent Tyrell Daniels has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Daniels has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Daniels's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar,* 739 F.3d 829, 841 (5th Cir.), *cert. denied,* — U.S. ——, 135 S.Ct. 123, 190 L.Ed.2d 94 (2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Daniels's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.